UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>       Plaintiff,<br><br>   v.<br><br>OTIS ELEVATOR COMPANY,<br><br>       Defendant. | 22-CV-10678 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  A telephonic conference was previously scheduled in this matter for February 17, 2023 at 3:45 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to February 17, 2023 at 12:15 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: February 16, 2023
     New York, New York

                    Ronnie Abrams
                    United States District Judge