UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERESITA ESCOBAR,

                Plaintiff,

           v.

OTIS ELEVATOR COMPANY,

                Defendant.

No. 22-CV-10678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the Court's May 24, 2023 order extending the discovery deadline in this matter, the post-fact discovery conference scheduled for September 15, 2023 is adjourned until January 19, 2024 at 3:00 p.m. The parties shall submit their joint letter one week in advance of the conference.

SO ORDERED.

Dated:    August 31, 2023
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge