UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                    Defendant(s). | 22-CV-10678 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. The post-fact discovery conference currently scheduled for January 19, 2024, at 3:00 p.m. will now be held on **January 25, 2024**, at **11:00 a.m. E.T**. Parties shall dial 646-453-4442, then enter 856 227 71, followed by the pound (#) sign. Additionally, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action, at least one week in advance of the conference (i.e., **January 18, 2024**). Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 20, 2023
       New York, New York

                                              DALE E. HO
                                 United States District Judge