UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>                    Plaintiff(s),<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                    Defendant(s). | 22-CV-10678 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 17, 2024, the parties filed a joint status letter in advance of the status conference scheduled for January 25, 2024, at 11:00 a.m. EST.  The parties' discussed their disagreement regarding the need for additional discovery.  *See* ECF No. 21.  That dispute has since been resolved.  *See* ECF No. 24.  Additionally, Defendant noted its intention to file summary judgment and/or Frye motion(s).  *See* ECF No. 21.  Defendant is advised that per Individual Rule 4(a), "[p]re-motion letters and conferences are not required, except for: (i) discovery disputes under Section 4(k) of these Rules; and (ii) summary judgment motions in non-jury cases under Section 4(f) of these Rules."  Lastly, the parties stated that they "have not been able to make substantial progress towards settlement but remain willing to discuss the same."  ECF No. 21.  The parties are advised that they may at any point request a settlement referral either to appear before Magistrate Judge Ona T. Wang, or to participate in the Court-annexed mediation program.

WHEREAS no additional significant issues were presented in the parties' materials, it is hereby **ORDERED** that the January 25 status conference is **CANCELLED**.  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

It is further ORDERED that the parties shall appear before the Court via Microsoft Teams for a post-discovery conference on **March 14, 2024, at 10:30 a.m. (E.T.)**. By no later than **March 6, 2024**, the parties shall file a joint status letter on ECF. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions. The parties shall dial 646-453-4442, enter the meeting code 85622771, and press pound (#).

SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                              DALE E. HO
                                  United States District Judge