UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>                      Plaintiff,<br><br>-against-<br><br>OTIS ELEVATOR COMPANY,<br><br>                      Defendant. | 22-CV-10678 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated March 4, 2024 (ECF 27), Judge Dale E. Ho referred this case to Magistrate Judge Ona T. Wang for settlement. On March 5, 2024, that referral was reassigned to me.

      A settlement conference is scheduled for **Friday, March 15, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 8, 2024, at 12:00 PM** to on whether parties are available on March 13 instead. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, March 12, 2024, at 12:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 06, 2024  
              New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge