UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERESITA ESCOBAR,

                Plaintiff,

-against-

OTIS ELEVATOR COMPANY,

                Defendant.

22-CV-10678 (DEH)(RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A settlement conference was held today. The next settlement conference is scheduled for **Monday, July 15, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to update their Ex Parte Settlement Conference Summary Reports. These submissions must be received no later than **July 8, 2024**, **at 5:00 p.m**.

    Corporate parties must send the person with decision-making authority to settle the matter to the conference.

    If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 21, 2024
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge