UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>                               Plaintiff,<br><br>            v.<br><br>OTIS ELEVATOR COMPANY.,<br><br>                               Defendant. | 22 Civ. 10678 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On March 5, 2024, the Court referred this case to the Magistrate Judge (Hon. Robyn F. Tarnofsky), for settlement discussions.  *See* ECF No. 29.  On March 27, 2024, the Court ordered the parties to appear before the Court for a post-discovery conference on July 18, 2024.  *See* ECF No. 33.  On May 9, 2024, Judge Tarnofsky ordered that a settlement conference would take place on July 12, 2024.  *See* May 9, 2024, Min. Entry.  On July 3, 2024, Defendant filed a motion for summary judgment.  *See* ECF No. 36.

It is hereby **ORDERED** that the post-discovery conference is **ADJOURNED** *sine die*, pending the parties' ongoing settlement discussions and the Court's decision on Defendant's motion for summary judgment, which is not yet fully briefed.  *See* July 10, 2024, Min. Entry.  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

      SO ORDERED.

Dated: July 12, 2024
       New York, New York

                                                   DALE E. HO
                                           United States District Judge