UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESITA ESCOBAR,<br><br>                              Plaintiff,<br><br>              v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                            Defendant. | 22-CV-10678 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 2, 2024, Defendant filed a motion to preclude Plaintiff's expert. *See* ECF No. 34. On July 3, 2024, Defendant filed a motion seeking summary judgment. *See* ECF No. 36. On July 9, 2024, Plaintiff filed a letter requesting an extension of time to file her opposition to the motions to preclude and for summary judgment, to August 15, 2024. *See* ECF No. 39. The following day, the Court granted Plaintiff's request. *See* ECF No. 40. Accordingly, Plaintiff's deadline to oppose the motions to preclude and for summary judgment was extended to August 15, 2024. *Id.* Defendant's reply deadline was extended to August 29, 2024. *Id.*

Plaintiff's opposition is well overdue, and the Court is not in receipt of any submission. Plaintiff has not requested an extension of her deadline. Extension requests are ordinarily denied if made after the expiration of the original deadline. *See* Individual Rule 2(e)(ii). Nonetheless, the Court now extends Plaintiff's deadline *nunc pro tunc* to **August 30, 2024**. If the Court does not receive Plaintiff's opposition briefing by then, it will consider Defendant's motions fully briefed. Given Plaintiff's failure to diligently prosecute her case, the Court is unlikely to extend Plaintiff's deadline, absent a showing of extraordinary cause. Defendant's deadline to file a reply is correspondingly extended to **September 13, 2024**.

The undersigned is on notice that the parties' settlement conference was adjourned *sine die*. *See* July 31, 2024, Min. Entry. The parties are ordered to file a status letter on ECF by **September 6, 2024**, regarding the status of their settlement negotiations.

SO ORDERED.

Dated: August 27, 2024
New York, New York

_____
DALE E. HO
United States District Judge